STATE of Missouri, Respondent,

v.

Rodney GORHAM, Appellant.

Rodney GORHAM, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44063, WD 45219.

Missouri Court of Appeals,
Western District.

July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM.

This is a consolidated appeal from Gorham's conviction for unlawful possession of a concealable firearm, a class C felony, pursuant to § 571.070 RSMo (1986)[1], and from denial of his Rule 29.15 motion for post-conviction relief. Appellant was adjudged a prior and persistent offender pursuant to §§ 558.016, 557.036.4 and 558.019, respectively.

The conviction is affirmed pursuant to Rule 30.25(b); and denial of post-conviction relief is affirmed pursuant to Rule 84.16(b).

---

**1.** All statutory references are to the Revised Statutes of Missouri 1986, unless otherwise indicated.